## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT G. KOUSE, JR., | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | Docket No. 2:07-cv-44 |
| TRANSUNION LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| | ) | |
| DEFENDANTS | ) | |

## **STIPULATION OF DISMISSAL**

NOW COME the parties, by and through their respective counsel, and hereby stipulate to the dismissal with prejudice of the above-captioned civil proceeding, with prejudice and without costs.

Dated at Saco, Maine, this 22nd day of October, 2007.

JAMES F. MOLLEUR, LLC

By: /s/ *James F. Molleur, Esq.*
    Counsel for Plaintiff
    P.O. Box 619, 209 Main St., Suite 104
    Saco, ME 04072-0619
    (207) 283-3777
    jim@molleurlaw.com

RICHARDSON, WHITMAN, LARGE & BADGER

By: *Elizabeth G. Stouder, Esq.*         .
    Counsel for TransUnion LLC
    465 Congress Street
    P.O. Box 9545
    Portland, Maine 04119-9545
    (207) 774-7474
    estouder@rwlb.com

       KOGAN, TRICHON & WERTHEIMER, P.C..

By: /s/ *Bruce S. Luckman , Esq.*
    Counsel for TransUnion, LLC
    1818 Market St., 30th Floor
    Philadelphia, PA 19103
    (215) 575-7600
    bluckman@mstkw.com


       PIERCE ATWOOD LLP

By: /s/ *Eric J. Wycoff, Esq.*
    Counsel for Experian Information Solutions, Inc.
    One Monument Square
    Portland, ME  04101
    207-791-1100
    ewycoff@pierceatwood.com


       JONES DAYS

By: /s/ *A. Gregory Gibbs,, Esq.*
    Counsel for Experian Information Solutions, Inc.
    222 East 14st Street
    New York, NY  10017
    212-326-3655
    GGibbs@JonesDay.com

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT G. KOUSE, JR., | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| vs. | ) CIVIL ACTION |
| | ) Docket No. 2:07-cv-44 |
| TRANSUNION LLC and EXPERIAN | ) |
| INFORMATION SOLUTIONS, INC., | ) |
| | ) |

### **CERTIFICATE OF SERVICE**

    I, Martine Morin Boissonneault, hereby certify that I am over eighteen years old and caused a true and correct copy of Stipulation of Dismissal to be served on the parties at the addresses set forth on the Service List attached hereto either via electronically or via facsimile and first class U.S. Mail, postage prepaid.

    Dated at Saco, Maine, this 22nd day of October, 2007.

                                                JAMES F. MOLLEUR, LLC

                                     By:  /s/ *Martine Morin Boissonneault*
                                           Martine Morin Boissonneault
                                           P.O. Box 619, 209 Main St., Suite 104
                                           Saco, ME  04072-0619
                                           (207) 283-3777
                                           martine@molleurlaw.com

### **SERVICE LIST**

| | |
|---|---|
| Elizabeth G. Stouder, Esq. | Via email |
| Bruce S. Luckman, Esq. | Via email |
| Eric J. Wycoff, Esq. | Via email |
| A Gregory Gibbs, Esq. | Via email |
| Robert G. Kouse, Jr.<br>195 Gore Road<br>Oxford, ME  04270 | Via U.S. Mail |